**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Samantha Kirby,                                   )
                                                  )   Case No: 5:14-cv-02475
                    Plaintiff(s),                 )
                                                  )   **APPLICATION FOR**
          v.                                      )   **ADMISSION OF ATTORNEY**
                                                  )   **PRO HAC VICE**
McAfee, Inc.,                                     )   (CIVIL LOCAL RULE 11-3)
                                                  )
                    Defendant(s).                 )
                                                  )

I, Daniel F. Katz                              , an active member in good standing of the bar of
District of Columbia               , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: McAfee, Inc.                               in the
above-entitled action. My local co-counsel in this case is Ellen Cirangle                              , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, DC 20005 | Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 434-5143 | (415) 981-0550 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dkatz@wc.com | ecirangle@steinlubin.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 385002          .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/20/14                              Daniel F. Katz                        +
                                             _____
                                                    APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Daniel F. Katz                is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:
                                             _____
                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*