IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>MCAFEE, INC.,<br><br>        Defendant. | CASE NO. 5:14-CV-02475-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on August 1, 2014. Having reviewed the parties' Joint Case Management Statement [see Docket Item No. 26] and in light of the pending Motion to Dismiss in related case Williamson v. McAfee, Inc., No. 14-CV-00158-EJD, Docket Item No. 21, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendant's Motion to Dismiss in the Williamson case.

**IT IS SO ORDERED.**

Dated: July 28, 2014

                                                            EDWARD J. DAVILA
                                                            United States District Judge