1 | TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
2 | ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
3 | THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
4 | AHDOOT & WOLFSON, P.C.
5 | 1016 Palm Ave.
West Hollywood, California 90069
6 | Tel: 310-474-9111; Fax: 310-474-8585

7 | *Counsel for Plaintiff,*
*SAMANTHA KIRBY*
8 |
9 | Daniel F. Katz (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
10 | WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
11 | Washington, DC 20005
Telephone:  (202) 434-5000
12 | Facsimile:  (202) 434-5029
dkatz@wc.com
13 | dkurtzer@wc.com

14 | Michael F. Donner (SBN 155944)
Ellen A. Cirangle (SBN 164188)
15 | STEIN & LUBIN LLP
Transamerica Pyramid
16 | 600 Montgomery Street, 14th Floor
San Francisco, CA  94111
17 | Telephone:  (415) 981-0550
Facsimile:  (415) 981-4343
18 | mdonner@steinlubin.com
ecirangle@steinlubin.com
19 |
*Attorneys for Defendant McAFEE, INC.*

**IT IS SO ORDERED**
Judge Edward J. Davila
7/28/2014

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA KIRBY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant. | Case No.  5:14-cv-02475-EJD<br><br>**AMENDED STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Hon. Edward J. Davila, presiding |

5:14-cv-02475-EJD: AMENDED STIPULATION RE EXTENSION OF TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT

1  WHEREAS, Plaintiff Samantha Kirby served the Complaint in this action on Defendant McAfee, Inc. ("McAfee") on May 30, 2014; and

WHEREAS, the Court on May 29, 2014 set an initial Case Management Conference in this action for October 14, 2014; and

WHEREAS, the parties stipulated on June 11, 2014 to extend McAfee's deadline for responding to the Complaint to July 30, 2014; and

WHEREAS, the Court on July 1, 2014 entered an Order relating this action to *Williamson v. McAfee, Inc.*, 5:14-cv-00158-EJD; and

WHEREAS, the Court on July 1, 2014, following on its Order relating this action to the *Williamson* action, advanced the initial Case Management Conference in this action to August 1, 2014, to be held at the same time as the initial Case Management Conference in the *Williamson* action; and

WHEREAS, a further extension of time for McAfee's response to the Complaint will not alter the date of any event or any deadline already fixed by Court Order, as required by Local Rule 6-1(a),

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL hereby stipulate as follows:

McAfee's deadline for responding to the Complaint is extended to August 29, 2014.

**SO STIPULATED**

                Respectfully submitted,

Dated:  July 25, 2014        **AHDOOT & WOLFSON, PC**

/s/ Theodore Maya
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111
Facsimile: 310-474-8585

*Attorneys for Plaintiff Samantha Kirby*

---

5:14-cv-02475-EJD: AMENDED STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

**WILLIAMS & CONNOLLY LLP**

/s/ David Kurtzer-Ellenbogen

Daniel F. Katz (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
Williams and Connolly LLP
725 12th St N.W.
Washington, DC 20005
(202) 434-5000
Email: dkatz@wc.com

STEIN & LUBIN LLP
Michael F. Donner (SBN 155944)
Ellen A. Cirangle (SBN 164188)
Stein & Lubin LLP
The Transamerica Pyramid
600 Montgomery Street
14th Floor
San Francisco, CA 94111
415-981-0550
Fax: 415-981-4343
Email: mdonner@steinlubin.com

*Attorneys for Defendant McAfee*

**ATTESTATION OF FILER**

I, Theodore Maya, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document. Signed this 25th day of July, 2014.

/s/ Theodore Maya
Theodore Maya