UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMANTHA KIRBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCAFEE, INC.,<br><br>　　　　　Defendant. | Case No.  5:14-cv-02475-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties submitted a Joint Case Management Conference Statement in the related case Williamson v. McAfee, Inc., Case No. 5:14-cv-00158-EJD (Docket Item No. 75).  Having reviewed the statement, the court finds that a scheduling conference at this time is premature.  Accordingly, the Case Management Conference scheduled for December 10, 2015, is CONTINUED to **10:00 a.m. on February 11, 2016**.  The parties shall file an updated Joint Case Management Conference Statement on or before **February 4, 2016**.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-02475-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE