November 26, 2016

Williamson/Kirby v. McAfee, Inc, Case Nos. 14-cv-158EJD, 14-cv-2475-EJD

Robbie Bailey (fka Robbie Murdock)
10356 Rossman Highway
Eaton Rapids, MI  48827
Cell 517-231-3669



Per McAfee Williamson Claims Administrator notification card I have been identified as being in both the Auto-Renewal Class and the Reference Price Class, based on McAfee's records.

My objection to the settlement is that I feel a deceptive sales tactic used to advance the business and profit of McAfee deserves more of a financial punishment than $11.50.

I am not represented by counsel at this time.

I will not attend or testify at the Final Fairness Hearing in person.  No Counsel will appear on my behalf.  I have no witness to attend and testify or submit a deposition or affidavit.  There will be no exhibits submitted as evidence.

Thank you,

*Robbie Bailey*

Robbie Bailey (fka Robbie Murdock)

A: Copy of name change from Murdock to Bailey.